IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03267-KLM

AMBER ROURK,

    Plaintiff,

v.

U.S. JUDICIAL SERVICES COLORADO, LLC,
U.S. JUDICIAL SERVICES, LLC, and
CRAIG KENNITH DUNCAN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii)** [#12] (the "Stipulation"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Motion is signed by counsel for all parties of record,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court shall close this case.

    Dated: April 14, 2022